**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOSE DOMINGUEZ,

Petitioner,

-against-

SUPERINTENDENT DANIEL GALIOTO,

Respondent.

---------------------------------------------------------------X

**ORDER**

**26-CV-7290 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Having determined that this Petition under 28 U.S.C. § 2254 should not be summarily dismissed, the Court hereby orders that:

Within sixty days of the date of this Order, Respondent must file and serve (1) an answer, motion, or other response to the Petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner may file and serve any reply papers within thirty days from the date he is served with Respondent's answer.

SO ORDERED.

DATED: New York, New York
August 28, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge